

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00680-CV

**IN THE INTEREST OF A.J.M.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02783
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of A.M. as to the child A.J.M. is **AFFIRMED**.  The State's motion to show cause on authority to appeal and to show whether the appeal is frivolous is **DENIED**.  It is **ORDERED** that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED March 28, 2018.

_____
Irene Rios, Justice